IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:12CR365-1 |
| MICHAEL DARBY, JR. | : |

The Grand Jury charges:

COUNT ONE

On or about December 19, 2011, in the County of Rowan, in the Middle District of North Carolina, MICHAEL DARBY, JR., having been convicted of a crime punishable for by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Ruger 9mm handgun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT TWO

On or about December 19, 2011, in the County of Rowan, in the Middle District of North Carolina, MICHAEL DARBY, JR., knowingly possessed a stolen firearm, that is, a Ruger 9mm handgun, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe that the firearm was stolen; in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

COUNT THREE

On or about December 19, 2011, in the County of Rowan, in the Middle District of North Carolina, MICHAEL DARBY, JR., in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1), did knowingly possess a firearm, that is, a Ruger 9mm handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL:

_____
TERRY M. MEINECKE
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY

2