IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:12CR365-1 |
| | : | |
| v. | : | |
| | : | PETITION FOR WRIT OF HABEAS |
| MICHAEL DARBY, JR. | : | CORPUS AD PROSEQUENDUM |

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and respectfully shows the Court that MICHAEL DARBY, JR. now in the custody of the Cabarrus County Jail, Concord, North Carolina, has a case pending against him in the United States District Court for the Middle District of North Carolina, in which he is charged with a violation of Title 18, United States Code, Section 922(g)(1), possession of a firearm by a felon; a violation of Title 18, United States Code, Section 922(j), possession of a stolen firearm; and a violation of Title 18, United States Code, Section 924(c)(1)(A)(i), possessing a firearm during and in relation to a drug trafficking crime.

It does not appear that the said MICHAEL DARBY, JR. will be released from custody in time to appear for arraignment at the February 2013 term of Court to be held in this District.

WHEREFORE, it is respectfully requested that a Writ of Habeas Corpus ad Prosequendum be issued from this Court to have the said

1

MICHAEL DARBY, JR. before the United States District Court, United States Courthouse, 324 West Market Street, Greensboro, North Carolina, on February 5, 2013, at 9:30 a.m., for the purpose of arraignment in the case of the <u>United States of America v. Michael Darby, Jr.</u>, 1:12CR365-1, on that day or as soon thereafter as the Court may hear the same.

    This the 28th day of January, 2013.

                           Respectfully submitted,

                           RIPLEY RAND
                         United States Attorney

                         /S/ TERRY M. MEINECKE
                         Assistant United States Attorney
                         NCSB #27586
                         United States Attorney's Office
                         Middle District of North Carolina
                         P.O. Box 1858
                         Greensboro, NC  27402
                         Phone:  336/333-5351